## TRANSPORTATION ADVISORY COMMITTEE
**September 18, 2019 4:00 p.m.**
**Transportation Depot, 100 Broadway Terrace**

1. **Roll Call of Members**

   Members present: LeDante Walker, Jackie Arrison, Shannon Reyenga, Pam Mullenix and Rick Myrick

   Public present: Mary Verrinder and David Sydnor Greenway Tours/Yellow Submarine, Lien Morphew and David Mills, Spa Tours.

   Staff members present: Lana Kelly-Office Manager, Lance Spicer-Assistant City Manager Anthony Whittington -Director for Parks and Trails

   Absent: Kayla Cooley

2. **Approval of Previous Meeting Minutes**

   A motion was made by Jackie Arrison and seconded by Shannon Reyenga to approve the minutes from the previous meeting.

3. **Welcome New Members Rick Myrick and Kayla Cooley**

   The committee welcomed Rick Myrick. Mr Myrick is from Hot Springs just finished working 32 years in education. Started coaching and teaching at Hot Springs High School in 1984, spent 20 years there, got into administration, traveled throughout the state assisting Principals and Superintendents of schools and finished up his last days at Arkansas Department of Education and now he would like to volunteer some time back to the City.

4. **Consider Public Hearing Regarding Permit For Spa Tours**

   The meeting was called to order at 4:05 pm by Ledante Walker, opening the Public hearing for Spa Tours. Lien Morphew is starting a Rickshaw business. He is a long time Business owner here. He owns and operates Baileys on Park Avenue. Mr. Morphew is a year or two away from starting his new business. He will be ordering his Rickshaw from Vietnam, so he wanted to make sure he had everything in order for the permit before he ordered the vehicle. The vehicle is a 2 (small) or 1 (large) passenger vehicle. He would be operating from Bridge Street to the fountain. Staging, loading and unloading would be by the Arlington Hotel. He plans to operate during the summer months during daylight hours. However the vehicle will be equipped with reflectors and lights to keep it visible and safe on the roadway. Mr. Morphew hopes his new business will help bring revenue to our City. He will present his exact work hours location, logo and proof of insurance to the City Board of Directors when he meets with them.

5. **Consider Recommendation To Board Regarding Permit For Morphew Spa Tours**

A motion was made by Jackie Arrison and seconded by Rick Myrick to approve the recommendation to the Hot Springs Board of Directors for approval of the permit for Morphew Spa, upon voice vote of four to 1, motion carried.

6. **Consider Public Hearing Regarding Permit For Greenway Tours/Yellow Submarine**

David Sydnor and Mary Verrinder were present to speak on behalf of Greenway Tours/Yellow Submarine. Mr. Sydnor starting by explaining this was a good opportunity for people to get a little exercise and see our beautiful city. The vehicle is equipped with 10 seats that each have pedals, like a bicycle and a bench seat in the back where you do not have to pedal. It does have a small engine to assist when needed. The planned route would be from the downtown area through the visitor's Center parking lot, to Broadway looping around the sculptures and veteran's Memorial and go down the Greenway to the Dog Park and back. Stopping along the way to allow people to take photos and enjoy the scenery. Anthony Whittington, Director of Parks and Trails was present to answer questions concerning the Greenway. He stated that the weight capacity of the vehicle was OK for the Greenway structure but they would possibly have to remove a barriers on the bridges and intersections to allow enough space for the vehicle to go through. The vehicle is about 6 feet wide and the Greenway is 12 feet wide. The Committee had some concerns regarding this impeding the use of the Greenway for people walking, jogging or riding bicycles. . Anthony stated that he would address the issues with the Parks and Trails committee meeting set for later this evening.

7. **Consider Recommendation To Board Regarding Permit For Greenway Tours/Yellow Submarine**

A motion was made by Jackie Arrison and seconded by Rick Myrick to approve the recommendation to the Hot Springs Board of Directors for approval of the permit for Greenway Tours/Yellow Submarine Tours for the downtown portion of their tour and pending the outcome of the Parks and Trails Committee ruling on the Greenway portion. Upon voice vote motion unanimously carried.

8. **Other Matters**

No other matters at this time

9. **Adjournment**

4:50 pm