7a.

HOT SPRINGS

# Annual Vehicle License

FOR THE YEAR____ NUMBER ___ OF _____

TYPE OF VEHICLE:
- ❑ AIRPORT TRANSIT
- ❑ LIMOUSINE
- ☑ SPECIALTY TRANSIT
- ❑ SIGHTSEEING
- ❑ TAXICAB

**SECTION 1: LICENSE APPLICATION** (to be completed by permit holder)

COMPANY______________ PERMIT #______

VEHICLE INFORMATION

| YEAR | MAKE | MODEL | UNIT # | LIC. TYPE | LICENSE # | VEHICLE ID NUMBER |
|---|---|---|---|---|---|---|
| 2019 | | BE-509 Luxury | | | | CNBES16888668802 |

CERTIFICATION ATTACHMENTS: Application must be accompanied by a copy of:

○ State of Arkansas Vehicle Registration ○ Certificate of Insurance ○ Lease Agreement (if leased)

APPLICANT'S SIGNATURE ______________________ DATE__________

**SECTION 2: ANNUAL VEHICLE EXAMINATION** (to be completed by the HSPD)

| INTERIOR | O.K. | EQUIPMENT | O.K. | EQUIPMENT | O.K. |
|---|---|---|---|---|---|
| Upholstery | ✓ | Tires | ✓ | Horn | ✓ |
| AC/Heat | N/A | Brakes | ✓ | Exhaust (noise, smoke) | N/A |
| Cleanliness | ✓ | Lighting System | ✓ | EXTERIOR | ✓ |
| Overall Condition | ✓ | Mirror | ✓ | Insignia (3" lettering) | ✓ |
| Notice to Passengers | ✓ | Windshield/Wipers | N/A | Overall Condition | OK |
| Rate Map (taxicab) | N/A | Gen. Mechanical Cond. | ✓ | SECTION 1 COMPLETE | ✓ |

Seating Capacity (excluding driver) 15

Signature of Officer [signature] II 144 Date 6/30/20 Badge # 144

Comments CONCERN BIKE IS TOO WIDE FOR VEHICLES TO PASS SAFELY ON CENTRAL. VEHICLES HAVE TO BE 3 FEET FROM BIKE TO PASS

**SECTION 3: CODE COMPLIANCE** (to be completed by City Licensing Office)

| CODE REQUIREMENTS | APPROVED |
|---|---|
| Has current Arkansas State License | |
| Evidence of ownership or lease provided | |
| Within number of vehicle licenses allowed under permit | |
| HSPD report completed (section 2) | |
| Insurance certificate provided in proper amount | |
| Season locations letter (sightseeing only) | |

___SEATS (1-14) X $5.00 = ______ ___SEATS (15+) X $1.00 = ______

CITY CLERK OR AUTHORIZED AGENT ____ Receipt # ____ Date ____ $ ____ Total Fee

EXHIBIT "B"