**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**DAVID SYDNOR** **PLAINTIFF**

**v.** **6:23-CV-06081-SOH**

**CITY OF HOT SPRINGS,**
**ARKANSAS HARMONEY**
**MORRISEY, CITY CLERK**
**Officially & Individually**
**LT. JAMES ERIC STOCKWELL,**
**Officially & Individually**
**LANA KELLY, INTRACITY**
**TRANSIT MANAGER,**
**Officially and Individually** **DEFENDANTS**

## AFFIDAVIT OF BILL BURROUGH

Bill Burrough, being first duly sworn, states an oath as follows:

1. My name is Bill Burrough, and I have served as the City Manager of the City of Hot Springs, Arkansas ("City") since December of 2018. I am over the age of eighteen (18) years and competent to testify in federal court. The facts contained in this affidavit are based on my personal knowledge and my review of true and correct documents maintained in the ordinary course of business by the City.

2. Upon request of legal counsel in this case, I conducted a review of City records to determine if the City had any insurance policy that would provide coverage for any alleged injuries that were sustained as a result of the incident that is the subject of Plaintiff's Complaint.

3. After that review was completed, I determined that the City did not maintain any policy of liability insurance. The City did not, and does not to this date, maintain any general liability insurance policy, or any other insurance policy, issued to



**EXHIBIT 1**

the City, or any of its subdivisions or employees, or in which the City was named as an insured, that would provide any coverage in this case.

**FURTHER THE AFFIANT SAYETH NOT.**

______________________ Bill Burrough

Date: 08/21/2023

**ACKNOWLEDGMENT**

STATE OF ARKANSAS )
)SS
COUNTY OF Garland )

SUBSCRIBED AND SWORN to before me, this 21 day of August, 2023.

______________________
Notary Public

My Commission Expires:

11-04-2029

LEIGH LEAVERTON
Notary Public-Arkansas
Garland County
My Commission Expires 11-04-2029
Commission # 12709265