**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**DAVID SYDNOR** **PLAINTIFF**

**v.** **CASE NO. 6:23-CV-6081-SOH**

**CITY OF HOT SPRINGS,**
**ARKANSAS, et al** **DEFENDANTS**

# DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW, Defendants, Harmony Morrissey, Sgt. James Eric Stockwell, and Lana Kelly, each in their individual and official capacities, and the City of Hot Springs, Arkansas, by and through undersigned counsel, Gabrielle Gibson, and for Defendants' Motion for Summary Judgment, states as follows:

1. On July 6, 2023, Plaintiff David Sydnor filed a lawsuit, asserting a Fourteenth Amendment Equal Protection claim and Due Process claims under 42 U.S.C. § 1983, parallel Arkansas constitutional claims under the Arkansas Civil Rights Act ("ACRA"), and a gross negligence claim. **ECF Doc. 3.**

2. Rule 56 of the Federal Rules of Civil Procedure specifically provides for the granting of summary judgment in cases in which the material facts are not genuinely disputed, and the moving party is entitled to judgment as a matter of law. There are no genuine issues of material fact in this case; thus, Defendants are entitled to summary judgment pursuant to Fed. R. Civ. P. 56.

3. In support of this motion, Defendants rely upon the pleadings of the parties, the brief in support of this motion, and the below-referenced Exhibits, which are contained in Defendants' Statement of Undisputed Material Facts (hereinafter "SUMF") that is simultaneously being filed herewith:

a. **Exhibit 1, Wire Transfer Authorization**

b. **Exhibit 2, Deposition of David Sydnor**

c. **Exhibit 3, Deposition of Lana Kelly**

d. **Exhibit 4, Permit Application**

e. **Exhibit 5, Cargo Pickup and Delivery Order**

f. **Exhibit 6, Globalcare Logistics Shipping Docs**

g. **Exhibit 7, Bubbles Plaque**

h. **Exhibit 8, Photograph of Bubbles**

i. **Exhibit 9, Deposition of Harmony Morrissey**

j. **Exhibit 10, Business Tax Application**

k. **Exhibit 11, Amended Business Tax Application**

l. **Exhibit 12, Relevant City Code**

m. **Exhibit 13, Declaration of LeDante Walker**

n. **Exhibit 14, 9.18.19 TAC Meeting Minutes**

o. **Exhibit 15, September 18, 2019, TAC Packet**

p. **Exhibit 16, 9.19.19 PTAC Meeting Minutes**

q. **Exhibit 17, 10.17.19 Email from Kelly to Verrinder with List of Required Missing Information**

r. **Exhibit 18, HSPD Radio Logs**

s. **Exhibit 19, 11.5.19 Email from Kelly to Verrinder**

t. **Exhibit 20, November 2019 Emails between Verrinder and ARDOT**

u. **Exhibit 21, 11.19.19 Email from Verrinder to Kelly**

v. **Exhibit 22, Email from Eric Stockwell to City Attorney**

w. **Exhibit 23, Annual Vehicle License 06.30.20**

x. **Exhibit 24, Deposition of James Eric Stockwell**

y. **Exhibit 25, 7.6.20 Email From Morrissey to TAC Members**

z. **Exhibit 26, Four New Tour Routes**

aa. **Exhibit 27, 7.6.2020 Supplemental Application Information**

bb. **Exhibit 28, Email from Morrissey to Verrinder and Kelly**

cc. **Exhibit 29, Emails between Stockwell and Morrissey**

dd. **Exhibit 30, Lt. Roach's Email**

ee. **Exhibit 31, 7.15.20 Letter from Morrissey to Verrinder and Plaintiff**

ff. **Exhibit 32, Declaration of Harmony Morrissey**

gg. **Exhibit 33, Duck Photo in Traffic**

hh. **Exhibit 34, Photograph of Circle Double D. Carriage**

ii. **Exhibit 35, 7.22.20 Emailed Letter from Plaintiff to Morrissey**

jj. **Exhibit 36, Email from Morrissey to City Attorney**

kk. **Exhibit 37, 7.23.20 Email from Plaintiff and Verrinder to City Staff**

ll. **Exhibit 38, 7.23.20 City Attorney Albright Summary Email**

mm. **Exhibit 39, 7.24.20 TAC Hearing Transcript**

nn. **Exhibit 40, July 24, 2020, TAC Packet**

oo. **Exhibit 41, Denial Letter from Morrissey to Plaintiff and Verrinder**

pp. **Exhibit 42, Affidavit of Bill Burrough**

For the reasons fully discussed in the accompanying brief in support and SUMF, Defendants are entitled to summary judgment as to all claims asserted against them in this matter.

WHEREFORE, Defendants respectfully request that the Court grant their Motion for Summary Judgment, dismiss Plaintiff's Complaint with prejudice, and for all other just and proper relief to which they may be entitled.

Respectfully submitted,

**DEFENDANTS**

By: Gabrielle Gibson, Bar No. 2018113
301 W. 2nd St.
North Little Rock, AR 72114
Tel: (501) 537-3783
Fax: (501) 537-7258
Email: ggibson@arml.org