UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| DAVID SYDNOR | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 6:23-CV-06081-SOH |
| CITY OF HOT SPRINGS, ARKANSAS | ) | |
| HARMONEY MORRISEY, CITY CLERK, | ) | |
| Officially & Individually | ) | |
| LT. JAMES ERIC STOCKWELL, | ) | |
| Officially & Individually | ) | |
| LANA KELLY, INTRACITY TRANSIT | ) | |
| MANAGER, Officially and Individually | ) | |
| | ) | |
| Defendants | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Comes now the Plaintiff, DAVID SYDNOR, by and through his attorneys, THE GRAHAM LAW FIRM, by James Lucas Graham, and for his Response to Defendant's Motion for Summary Judgment, herein states as follows:

1. Plaintiff admits that he filed a Complaint against Defendants seeking relief for violations of his right to equal protection, his right to due process under the law, and gross negligence on or about July 6, 2023.

2. Plaintiff denies the allegations contained in Paragraph 2 of Defendant's Motion for Summary Judgment. Genuine issues of material fact exist in this case and Plaintiff's Motion for Summary Judgment should be denied.

3. In support of his Response, Plaintiff offers the pleadings, his Statement of Undisputed Material Facts filed contemporaneously herewith, and the following Exhibits:

a. Exhibit 1: Specialty Transit Permit Application

b. Exhibit 2: Business/Occupation Tax Application

c. Exhibit 3: Relevant City Ordinances

d. Exhibit 4: Annual Vehicle Inspection

e. Exhibit 5: Classification Plaque

f. Exhibit 6: Correspondence RE July 24, 2020, TAC hearing

g. Exhibit 7: TAC Minutes 9/18/2019

h. Exhibit 8: PTAC Minutes 9/19/2019

i. Exhibit 9: Plaintiff's Affidavit

j. Exhibit 10: Building Permit, Materials Invoice, Labor Invoice

k. Exhibit 11: Email from Lana Kelly 10/17/2019

l. Exhibit 12: Second Email from Lana Kelly 11/5/2019

m. Exhibit 13: Photos, Route Maps, and Fee Schedule

n. Exhibit 14: Email from Mark Headley 7/15/2020

o. Exhibit 15: Emails between Plaintiff and Mark Headley 11/7/2019 to 7/15/2019

p. Exhibit 16: Email from City Clerk to TAC 7/6/2020

q. Exhibit 17: Email from City Clerk to Stockwell 7/8/2020

r. Exhibit 18: Email from Stockwell to City Clerk 7/12/2020

s. Exhibit 19: Letter from City Clerk 7/15/2020

t. Exhibit 20: TAC Denial Letter 7/27/2020

u. Exhibit 21: Bubbles Purchase Documents, Tariff Docs, Trailer Purchase

v. Exhibit 22: Emails Speaking Badly About Plaintiff

w. Exhibit 23: Deposition of Lana Kelly

x. Exhibit 24: Deposition of Harmony Morrissey

y. Exhibit 25: Affidavit of Jason Bennett of JJ's Pedicabs

z. Exhibit 26: Plaintiff's Written Complaints

aa. Exhibit 27: TAC Minutes 7/24/2020

4. For the reasons more fully discussed in the accompanying Brief in Support, Defendants' Motion for Summary Judgment should be denied.

WHEREFORE, the Plaintiff, DAVID SYDNOR, respectfully prays that Defendants' Motion for Summary Judgment be denied; for his costs and attorney fees incurred herein; and for all other just and proper relief to which he may be entitled at law or equity.

Respectfully submitted,

DAVID SYDNOR, Plaintiff
THE GRAHAM LAW FIRM, his attorneys

/s/ James Lucas Graham

By: James Lucas Graham
Ark. Bar No. 08229
30514 Hwy 67
Malvern, AR 72104
(501) 351-6373 (Office)
Jlukegraham@gmail.com

## CERTIFICATE OF SERVICE

We, THE GRAHAM LAW FIRM, hereby certify this pleading has been served upon the attorneys of record for all other parties, or the parties themselves if proceeding pro se, in this proceeding by delivering a copy of said pleading to the attorney or party, or to the offices of such attorney or party personally, or by placing a copy in the U.S. Mail addressed to such attorney or party at his or her address as listed below, with sufficient prepaid postage, on this 19th day of July 2026.

/s/ James Lucas Graham
THE GRAHAM LAW FIRM

DELIVERED VIA EFILE:
Gabrielle Gibson, Attorney for Defendants