IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DAVID SYDNOR PLAINTIFF

v. Case No. 6:23-cv-6081

CITY OF HOT SPRINGS, ARKANSAS;
HARMONEY MORRISEY, CITY CLERK,
Officially and Individually;
LT. JAMES ERIC STOCKWELL,
Officially and Individually;
LANA KELLY, INTRACITY TRANSIT
MANAGER, Officially and Individually DEFENDANTS

# JUDGMENT

For reasons discussed in the Memorandum Opinion of even date, the Court finds that judgment should be entered in favor of Defendants. Defendants' Motion for Summary Judgment (ECF No. 40) is **GRANTED**. Plaintiff's claims under 42 U.S.C. § 1983 and ACRA are **DISMISSED WITH PREJUDICE**. Plaintiff's state law gross negligence claim is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 31st day of August, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge