# AN INTRODUCTORY ARGUMENT OF SPECIFICS. THIS IS FOLLOWED BY SEPARATE FULL ARUGUMENT FOR COURT REVERSAL OF THE COURTS DISMISSAL OF GREENWAYS CLAIMS AGAINST HOT SPRINGS.

The Clerk sends this e-mail city wide and states it is being sent to The July TAC judges who would fail Bubbles over safety. This fake called vehicle inspection report, tainted evidence will replace Bubbles legitimate paper annual vehicle exam. The Clerk states in this email it is being sent to the judges. To this day, the city has refused to turn over (FOIA) what they sent to the July TAC committee. More ill will.

Only when this happens, does Hadley give his personal, not state approval, of Bubbles. Tired of being a henchman for the city, Headley distances from the whole mess. He reverses Stockwell reversal of his examination. Headley states if the city allows Bubbles on one street, Bubbles "should be allowed on Highway 7." After his promotion, Stockwell quickly retires.

A question arises. If the city were acting in good faith, if they felt justified in imposing The ARDOT requirement on Greenway, why did Liana Kelly initially refuse to turn over That smoking gun e-mail when FOIAED by Greenway?

In this July 6 e-mail the clerk justifies her actions against Bubbles by stating that's "The way I read the Code."

Yet, the Codes disagree. They specifically assign a class to Bubbles uniqueness that makes (article I 13-1-3) (u) page 3) her speed exempt. Immune to state laws of minimum speed and pass ability. This means ARDOT never applied, imposing, and was invalid and ill will. To Bubbles. She should have been allowed to operate on Central without State Approval. But the City withheld.

This dirty little secret from Greenway to do Greenway harm to ban Bubbles from Central when she was ban exempt like the carriages and pedicabs that were also assigned the Specialty transit vehicle class by Codes.

Class is not a choice made by the applicant or the Clerk. Codes states "Specialty Transit

Service: means the operation upon the Streets of Hot Sprins of any vehicle for hire which is drawn by a horse, mule or other animal or any other novelty type vehicle (13.1.3 (u) page 3)

Also, the police who completed Bubbles inspection checked the Specialty transit box in her annual vehicle exam. Sgt. Stockwell required Bubbles be branded with a plaque stating: Specialty transit in his e-mail vehicle report. In Greenway's notarized application they checked Specialty transit. Even the minutes of the July TAC Hearing that sunk Bubbles listed her class as Specialty transit.

Yet the city who claims to be helping Greenway add the crushing requirements (rent a downtown building) of sightseeing class in Bubbles hearing notification letter.

Yet, Codes clearly states no vehicle may be licensed or operated pursuant to more than one permit of any type.... 13-1-14 Page 11.

Note: Sightseeing class of vehicles are vulnerable to speed laws.

(Article II 13-1-19 (c) page 13 Adding this to Bubbles permit made her speed vulnerable and absolved the City of their dirty little secret. They banned Bubbles when she was exempt and the ARDOT Requirement and sightseeing their way to cover it up.

The ARDOT requirement was a sham. Bubbles legitimate class, Specialty transit made her speed exempt like the carriages and pedicabs who were never subjected to ARDOT because they were speed exempt.

Greenway tours were all Central Free but the City failed Bubbles for not gaining approval for a street she didn't travel (Central).

There was no legitimate reason for the city to ban Greenway from Central. She was no different than Mule Trolley that ran Central without ARDOT approval. Bubbles was also speed exempt. Like the buggies and carriages that weren't required ARDOT approved because

they were speed exempt. Morrissey even fails Bubbles for Central when tour deletes it.

Sightseeing is tacked onto Bubbles permit to make her appear speed vulnerable and cover up the dirty little secret. They banned Bubbles when exempt. Such ill will in the city's actions taints the ARDOT requirement. Greenway deserves a jury trial not a dismissal.

The Court ruled in favor of Hot Springs imposing the ARDOT requirement only on Bubbles, citing her heavier weight as a valid reason to differentiate Bubbles from the carriages and pedicabs.

Yet Hot Springs did not impose The ARDOT requirement on the big mule trolley that Lumbered down Central Avenue for years. It was bigger and within Bubbles weight range. It is mentioned in e-mail exchange between ARDOT and Mary Verrinder when she asked engineer Mark Headley; "Remember The huge mule trolley that graced Central for years?"

The Court allows Hot Sprin gs to subject only Bubbles to ARDOT Approval because at her weight, which must be a safety concern. Otherwise Bubbles could differentiated for color or smell.

Yet, weight is no safety concern for the state. It bans Bubbles only for slow speed and Impassability. It is no concern for Hot Springs codes. When only Sgt. Stockwell bans Bubbles from Central in her Annual vehicle. Example: For being to wide to safely pass in one lane." NOT FOR WEIGHT

Mr. Hendley clearly stated to Mary Verrinder that state had no prior to approve Bubbles. This makes the requirement impossible.

Favoring Hot Springs imposing the ARDOT requirement, the city presumes Hot Springs was acting in good faith. Yet their actions contradict this. In her July 6 email Clerk Morrissey states Greenway had presented her with their Stockwell Tour," They (Greenway) recently met with Office Stockwell who gave them potential routes he thought would work for them. The Stockwell Tour is on file. It was Greenway is approved Downtown tour minus Central A Way Around the ban. A way to operate. All Greenways new routes were also Central free.

This is the tour Greenway Refers to in the e-mail to Morrissey that states: "We are presenting our pre-approved downtown tour to the Council (Board). No others should be considered by anyone."

In this same e-mail Morrissey voids Bubbles permit for failure to obtain ARDOT approval for Central for The Stockwell tour that didn't go on Central." She states their (Greenways) plan was not approved because it ran into hurdles with the Greenway and approval from ARDOT for use of Central Avenue." Is that good faith?

Days later, The Clerk like Deliah – solicits Stockwell to fail the vehicle he just helped pass, I'll will. Promotion pending, he complies his filed mail. The way clerk re-wrote Greenways Tac approval to failed, he rewrites, in a text, his approval of his tours to FAILED for a myriad of safety concerns…

This e-mail states Stockwell put 100's of safety damnations in The Comments section of Bubbles Annual Vehicle exam. They are not there. Only the dirty Central Ban the city so wishes to cover up.

The e-mail states Stockwell completed Bubbles exam. He did not. Officer Sampson did. The e-mail states Greenway thought because Stockwell approved Greenway inspection, he approved their tours.

If he banned every tour Greenway had, banning her from every street but one, why would Greenway think he approved their Tours?

Whoever wrote this e-mail had never seen a annual vehicle exam. It certainly wasn't Stockwell.