US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

NOV 16 2026

Mistee Aaron
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

HOT SPRINGS DIVISION

DAVID SYDNOR PLAINTIFF

v. Case No. 6:23-cv-06081-SOH

CITY OF HOT SPRINGS, ARKANSAS, et al. DEFENDANTS

**MOTION FOR LEAVE TO FILE REPLY BRIEF**

Plaintiff David Sydnor, appearing pro se, respectfully moves the Court for leave to file the attached Reply Brief in further support of Plaintiff's Motion to Alter or Amend Judgment pursuant to Rule 59(e).

In support thereof, Plaintiff states as follows:

1. On September 28, 2026, Plaintiff filed his Motion to Alter or Amend Judgment pursuant to Rule 59(e). (ECF No. 58).

2. On October 8, 2026, Defendants filed their Response in Opposition. (ECF No. 59).

3. Defendants assert, among other things, that Plaintiff failed to identify specific disputed material facts and that Plaintiff's Rule 59(e) motion merely reargues issues previously presented.

4. The proposed Reply Brief is limited in scope and is submitted solely to address those arguments and to identify the specific disputed material facts referenced in Plaintiff's summary judgment response.

5. Plaintiff does not seek to raise new claims, present new evidence, or expand the record. The proposed Reply Brief is intended only to assist the Court in resolving the issues raised by Defendants'

Response.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the attached Reply Brief and for all other just and proper relief.

Respectfully submitted,

David Sydnor, Plaintiff, Pro Se

215 Oak Street, Hot Springs, AR 71901

Telephone: 501-293-4963

Email: centralbaptist1035@att.net

Date: 11/09/2026

**CERTIFICATE OF SERVICE**

I certify that on this November 9, 2026, I mailed the foregoing Motion for Leave to File Reply Brief with the United States mail, first-class postage prepaid, addressed to:

Gabrielle Gibson, Bar No. 2018113
Arkansas Municipal League
301 W. 2nd Street
North Little Rock, AR 72115

**David Sydnor**, Pro Se Plaintiff

NVELOPE TO THE RIGHT
...DOTTED LINE
D MAIL®

3862 4242 95

Retail

UNITED STATES POSTAL SERVICE®

72901

U.S. POSTAGE PAID
FCM LG ENV
VERO BEACH, FL 32960
NOV 09, 2026

$7.82

RDC 99

0 Lb 2.20 Oz

S2324W500859-03

Judge Isaac C. Parker building
30 South 6th Street, Room 1038
Fort Smith, Arkansas 72901-2437